```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
 9  CYNTHIA COOKSIE,
10          Plaintiff,
11     v.                              CIV. NO. S-12-681 LKK/CKD PS
12  PACIFIC, GAS AND ELECTRIC,
    IBEW LOCAL, 1245 UNION,
13
            Defendants.
14  _____/
15  CYNTHIA COOKSIE,
16          Plaintiff,
17     v.                              CIV. NO. S-12-1445 GEB/GGH PS
18  PACIFIC GAS AND ELECTRIC
    COMPANY, and IBEW LOCAL,
19  1245 UNION,
                                       RELATED CASE ORDER
20          Defendants.
21  _____/
```

22     Pending before the court is Defendants' notice of related
23 cases. Defs' Notice, ECF No. 7. Defendants have notified the
24 court that the above-captioned case may be related to Case No.
25 2:12-cv-1445-GEB-GGH. After a review of the cases, the court
26 concludes that the cases are related within the meaning of Local

1 | Rule 83-123(a) (2012).

2 |     Accordingly the court ORDERS as follows:

3 |     1. The action denominated 2:12-cv-1445-GEB-GGH is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cv-1445-LKK-CKD PS.

    2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    3. All further proceedings in this case are referred to Magistrate Judge Delaney, pursuant to Local Rule 72-302(c)(21) (2012).

    IT IS SO ORDERED.

    DATED: November 7, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT